CLERK'S OFFICE U.S. DIST COURT
AT ABINGDON, VA
FILED
SEP 15 2008
JOHN F. CORCORAN, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| TONY C. GIBSON, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:07CV00033 |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| COMMISSIONER OF | ) By: James P. Jones |
| SOCIAL SECURITY, | ) Chief United States District Judge |
| | ) |
| Defendant. | ) |

It appearing that no objections have been timely filed to the Report filed August 22, 2008, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The motions for summary judgment by the parties are DENIED;

3. The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report; and

4. The clerk will close this case.

ENTER: September 15, 2008

/s/ James P. Jones
Chief United States District Judge